# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| THR Enterprises, Inc. | ) | ASBCA Nos. 59706, 59810 |
| | ) | |
| Under Contract No. F44600-03-D-0001 | ) | |

APPEARANCE FOR THE APPELLANT: David A. Hearne, Esq.
ReavesColey PLLC
Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Danielle A. Runyan, Esq.
Christopher M. Judge, Esq.
Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $410,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 17, 2019

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59706, 59810, Appeals of THR Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:40%;">

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

</div>

2